IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Case No. 19-cv-03522-RM-KMT

MICHAEL C. TARPINIAN,
on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

SCI COLORADO FUNERAL SERVICES, LLC,

    Defendant.

## ORDER OF DISMISSAL

This matter comes before the Court on the Joint Stipulation to Dismiss Action filed January 13, 2020 (ECF No. 14). The Court, having reviewed the Joint Stipulation to Dismiss Action without prejudice pursuant to the arbitration agreement between the parties, and being fully advised, hereby ORDERS as follows:

The above-captioned matter is DISMISSED WITH PREJUDICE.

FURTHER ORDERS that there being no parties or claims remaining, the Clerk of the Court is directed to close this case.

DATED this 14th day of January, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge